**N.C. STATE BAR v. HUDSON**

[345 N.C. 495 (1997)]

NORTH CAROLINA STATE BAR, Petitioner v. HON. ORLANDO F. HUDSON, Respondent, and CLARENCE C. MALONE, JR., Respondent

No. 223PA96

(Filed 10 February 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of an order entered 1 May 1996 in the Court of Appeals reversing an order entered by Hudson, J., on 16 April 1996, *nunc pro tunc* 9 April 1996, in Superior Court, Durham County; remanding the case to the trial court for entry of an order dismissing respondent Clarence C. Malone, Jr.'s petition for judicial review filed in that court; and vacating an order entered 20 March 1996 staying enforcement of the order of the North Carolina State Bar Disciplinary Hearing Commission suspending respondent Malone's law license. Heard in the Supreme Court 13 December 1996.

*Carolin D. Bakewell and Deanna Brocker for petitioner-appellee.*

*Loflin and Loflin, by Thomas F. Loflin III; and Michaux and Michaux, P.A., by Eric C. Michaux, for respondent-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice WHICHARD did not participate in the consideration or decision of this case.